IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD WINNETT                                                              PLAINTIFF
ADC # 139544

v.                              No. 4:24-cv-1032-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                                  DEFENDANTS

ORDER

      Winnett has filed a motion for copies.   It's unclear, though, which document he is requesting a copy of.   There are no eight-page filings from Winnett in the last two months.   The Court grants his motion, *Doc. 26*, and directs the Clerk to send him copies of everything he filed in March.   *Doc. 22, 23, 24 & 25.*

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 April 2025